UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTEZ E. BOSWELL,<br><br>                Plaintiff,<br><br>   v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>                Defendant. | Case No. C11-1694-RAJ-BAT<br><br>**REPORT AND RECOMMENDATION** |

Martez E. Boswell seeks review of the denial of his Supplemental Security Income application. Dkt.3. The parties, acting through their respective counsel, hereby agree that the above-captioned case be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Dkt. 24.

The Court has considered the parties' stipulation and the record, and recommends the case be **REVERSED** and **REMANDED** under sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. Upon remand to the Commissioner of Social Security, the Appeals Council will remand this case to the Administrative Law Judge (ALJ) to hold a new hearing, issue a new decision, and:

1) consolidate this case with Mr. Boswell's subsequent application pending at the hearing level;

REPORT AND RECOMMENDATION - 1

2) consider the opinion of Allen Hume, Ph.D., whose psychological assessment of Mr. Boswell including a diagnosis of mild mental retardation (provisional), was new evidence submitted to the Appeals Council after the ALJ issued his decision in this case; and

3) re-evaluate Mr. Boswell's residual functional capacity as necessary.

Mr. Boswell may also present new arguments and further evidence, if such evidence becomes available.

The parties agree that reasonable attorney fees and costs will be awarded under the Equal Access to Justice Act, 28 U.S.C. sec. 2412(d), upon proper request to the Court.

Because the parties have stipulated the case be remanded as set forth above, the Court recommends that United States District Judge Richard A. Jones immediately approve this Report and Recommendation and order the case **REVERSED** and **REMANDED** for further administrative proceedings. A proposed order accompanies this Report and Recommendation.

DATED this 3rd day of May, 2012.

BRIAN A. TSUCHIDA
United States Magistrate Judge